IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:06cr12-SPM

ROBERTO DeJESUS-ORTIZ
_____/

### Factual Basis for Plea

In support of the Plea in this case, the United States provides that following factual basis:

The government would put on the testimony that during October of 2003, defendant Roberto DeJesus-Ortiz, was a Correctional Officer and employee of the United States Bureau of Prisons assigned to the Federal Correctional Institute at Tallahassee ("FCI Tallahassee"). At this time, he had under his supervision and control an inmate at FCI Tallahassee named Maria Sotolongo.

The government would further put on the testimony of Maria Sotolongo, that in October, 2003, defendant DeJesus-Ortiz took inmate Sotolongo into a stairwell at FCI Tallahassee, which he locked after they entered. There, defendant DeJesus-Ortiz had sexual intercourse with inmate Sotolongo. Defendant DeJesus-Ortiz would refer to the stairwell area where he and inmate Sotolongo had sexual intercourse as "La Solitaria." and told her that she need not worry about getting pregnant as he could not have children anymore.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2006 MAR 22 AM 4:05



~~RECEIVED~~
FILED

The government would also introduce tapes of subsequent recorded conversations between defendant DeJesus-Ortiz and inmate Sotolongo, in which defendant admitted to having had sexual intercourse with inmate Sotolongo at FCI Tallahassee. Defendant DeJesus-Ortiz also reminded inmate Sotolongo in one of the conversations that he had a vasectomy, and thus she did not have to worry about getting pregnant.

The government would also introduce the oral admission of defendant DeJesus-Ortiz, which he made during a non-custodial interview by Special Agent Andrea Carbonell. In that interview, S/A Carbonell would testify that defendant DeJesus-Ortiz admitted to Carbonell that he did have sex with inmate Sotolongo at FCI Tallahassee.

Respectfully submitted this 14th day of March, 2006,

JULIO CARRION
Attorney for Defendant

ROBERTO DeJESUS-ORTIZ
Defendant

03/14/06
Date

GREGORY R. MILLER
United States Attorney

ROBERT O. DAVIS
Assistant United States Attorney
D.C. Bar No. 250274
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430

3/22/06
Date