IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                      DOCKET NO.   4:06cr12-SPM

**ROBERTO DeJESUS-ORTIZ,**

    **Defendant.**
_____/

### ORDER MODIFYING CONDITIONS OF RELEASE

Upon consent of Defendant, it is **ORDERED** that the order setting conditions of pretrial release is modified:

1. On or promptly after April 17, 2006, Defendant shall notify his employer of the charge in this indictment and the supervision probation officer may contact Defendant's employer.

2. All other conditions of release previously established remain in effect.

**DONE AND ORDERED** on April 14, 2006.

                                           s/   William C. Sherrill, Jr.
                                           **WILLIAM C. SHERRILL, JR.**
                                           **UNITED STATES MAGISTRATE JUDGE**